THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JONAS

SILVERSTONE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.